169 A.3d 490

IN THE MATTER OF RALPH ALEXANDER GONZALEZ, AN ATTORNEY AT LAW (ATTORNEY NO. 012401987)

September 26, 2017

## ORDER

This matter having been duly presented, it is ORDERED that **RALPH ALEXANDER GONZALEZ of VOORHEES,** who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of three months, effective June 22, 2017, by Order of this Court filed May 24, 2017, be restored to the practice of law, effective immediately.